**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, ARALI GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-CR-00304-DAD-BAM |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| vs. | |
| ARALI GONZALEZ, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | Change of Plea: June 5, 2023<br>Time:  1:00 p.m.<br>Courtroom: 1 |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ARALI GONZALEZ, having been advised of her right to be present at all stages of the proceedings, hereby requests that this court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Roger S. Bonakdar of the Bonakdar Law Firm, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Specifically, Defendant requests that the Court waive her personal appearance at the Status Conference scheduled for August 9, 2023, at 1:00 p.m., before Magistrate Judge McAuliffe, and all non-substantive (dispositive motions, plea, sentencing) hearings, pending further order of the Court.

-1-

WAIVER OF DEFENDENDANT'S PERSONAL PRESENCE; ORDER

Therefore, Defendant respectfully requests that the Court waive her appearance at this appearance, and any other appearances that the Court may permit.

Respectfully submitted,

DATED: August 3, 2023                     BONAKDAR LAW FIRM

*/s/ Roger S. Bonakdar*
ROGER S. BONAKDAR
Attorneys for Defendant
ROBERT LOPEZ, III

DATED: August 3, 2023                     */s/ Arali Gonzalez*
                                                         ARALI GONZALEZ

## O R D E R

Good cause appearing, **IT IS ORDERED that Defendant's appearance at the August 9, 2023, Status Conference is hereby waived.**

IT IS HEREBY FURTHER ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **August 3, 2023**           /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE