UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CASTANEDA, et al.,<br><br>Defendants. | Case No. 1:21-cr-00304-NODJ-BAM<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT ARALI GONZALEZ TO PERSONALLY APPEAR BEFORE THE COURT ON FEBRUARY 28, 2024 TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO APPEAR |

On January 31, 2024, the Court set a status conference in this matter for February 14, 2024. (Doc. 85.) Roger Bonakdar, counsel for Defendant Arali Gonzalez, failed to appear at the status conference on February 14, 2024, which resulted in delay of the proceedings, among other problems created by counsel's conduct. Accordingly, defense counsel Roger Bonakdar is HEREBY ORDERED to **personally** appear before the Court for a hearing on **February 28, 2024, at 1:00 p.m. in Courtroom 8 (BAM) before the undersigned** to show cause why sanctions should not be imposed for his failure to comply with the Court's order and his failure to appear at the status conference. **Failure of counsel to appear before the Court on February 28, 2024, at 1:00 p.m., will result in the imposition of sanctions.** Alternatively, Roger Bonakdar may pay a sanction of $250.00 made payable to the "U.S. District Court" not later than 5:00 p.m. PT on February 22, 2024 and attach this order. If payment is made by this date, any personal appearance will be excused.

IT IS SO ORDERED.

Dated:   **February 14, 2024**                    /s/ Barbara A. McAuliffe            
                                                                     UNITED STATES MAGISTRATE JUDGE

1