PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00304-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ARALI GONZALEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on July 30, 2024.

2. By this stipulation, the parties now move to vacate and continue the status conference date for a change of plea until July 15, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

a) The parties have entered into and filed a plea agreement in this matter. For that reason, the parties agree that a date of July 15, 2024, is warranted for a change of plea. Prior to filing this stipulation, the parties conferred with the courtroom deputy for the assigned district court judge, who indicated this date is available for a change of plea.

b) The parties stipulate that the period of time until July 15, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Additionally, time has already been excluded until July 30, 2024.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

/s/ ROGER BONAKDAR

Dated:  June 11, 2024

ROGER BONAKDAR
Counsel for Defendant
ARALI GONZALEZ

## ORDER

IT IS SO ORDERED that the jury trial set for July 30, 2024 and the trial confirmation set for July 15, 2024 are vacated. A change of plea hearing is set for **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**  Time was previously excluded through July 30, 2024.

IT IS SO ORDERED.

Dated:  **June 12, 2024**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE